IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSE RIOS and JOSE HERNANDEZ and MODESTO RIVERA and ORLANDO ALCIDES, and JEOVANY JUARES, and WALTER MARADIAGA and EDUARDO CHAVERRIA themselves and other persons similarly situated )<br><br>*Plaintiffs,*<br>v.<br><br>CLASSIC SOUTHERN HOME CONSTRUCTION INC. and RICHARD BATES<br><br>*Defendants.* | CIVIL ACTION NO 15-4104<br><br>JUDGE LANCE M. AFRICK<br><br>MAG. JUDGE KAREN WELLS ROBY |

**NOTICE OF CLASS MEMBER CONSENT FORM RETURNED**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The attached consent forms have been signed and returned to our office by opt-in Plaintiffs Justin Stern, David Vicknair Jr. and Steven Thom.

Respectfully submitted,

*/s/ William H. Beaumont*

William H. Beaumont (#33005)
WILLIAM BEAUMONT LAW
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 483-8008
whbeaumont@gmail.com
ATTORNEY FOR CLASS

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 26, 2016, I served a copy of this *Notice* on counsel for

Defendants via the Court's CM/ECF system.

*/s/ William H. Beaumont*

# PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against Classic Southern Home Construction Inc. and Richard Bates and related parties as a Plaintiff to assert claims for overtime wage violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. During the past three years, there were occasions when I did not receive overtime compensation for the hours I worked in excess of 40 in one or more particular work weeks.

Gary Vicknair Jr.

~~425 Elvina St~~ 18367 Wisteria Dr.

~~Laplace, LA 70068~~ Ponchatoula, LA. 70454

(Please correct the above name and address information if it has changed.)

_____
Signature

_____
E-Mail Address

1/25/16
Date

(225-)287-4512
Best Phone Numbers

Debbie Cobb (225)-252-3744
Emergency Contact (in case we lose contact with you)

Mail or Fax to:   The Costales Law Office
3801 Canal Street, Suite 207
New Orleans, Louisiana 70119
Phone: (504) 534-5005
Fax:    (504) 272-2956

# PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against Classic Southern Home Construction Inc. and Richard Bates and related parties as a Plaintiff to assert claims for overtime wage violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* During the past three years, there were occasions when I did not receive overtime compensation for the hours I worked in excess of 40 in one or more particular work weeks.

**Justin Stern**

**18 Cabernet Dr**

**Kenner, LA 70065**

**(Please correct the above name and address information if it has changed.)**

_____
Signature

_____
E-Mail Address    justinskindle33@gmail.com

_1/23/16_____
Date

_504 205 3150_____
Best Phone Numbers

_504 488 3786_____
Emergency Contact (in case we lose contact with you)

Mail or Fax to:      The Costales Law Office
                     3801 Canal Street, Suite 207
                     New Orleans, Louisiana 70119
                     Phone: (504) 534-5005
                     Fax:    (504) 272-2956

IN RE FLSA CLAIMS                            )        Civil Action No._____
                                             )
                                             )        Magistrate Judge:
                                             )
                                             )        District Judge:

## COLLECTIVE ACTION

## NOTICE OF CONSENT

I consent to be a party plaintiff in a collective action to collect unpaid wages.

_____
Signature

_____
Full Legal Name (print)